**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

UNITED STATES MARSHAL
RECEIVED
2017 JUN 30 PM 2: 10
KANSAS CITY, KS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Samuel C. Pennella, M.D. | 2:17-cv-02327-DDC-GLR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Acumen Assessments, et al | Complaint and Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jim Wieberg
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
730 New Hampshire, Suite 222 Lawrence, KS 66044

FILED JUL 11 2017
By TIMOTHY M. O'BRIEN CLERK Deputy

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Samuel C. Pennella, M.D.
615 Grove Street
Clifton, NJ 07013

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                         Fold

Signature of Attorney other Originator requesting service on behalf of:
for Samuel C. Pennella, M.D.
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 908-208-8926
DATE: 6/30/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3 of 4 | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk | Date 6-30-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Certified Article Number
9414 7266 9904 2017 5766 96
SENDERS RECORD

Service by Mail
Date: 07/05/2017  Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | $0.00 |

REMARKS: Date summons and complaint were sent by certified mail, 06/30/2017
Date of Service (date return receipt signed): 07/05/2017
Date return receipt received in USMS Office: 07/10/2017

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | ) |
|---|---|
| Samuel C. Pennella, M.D. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:17-cv-02327-DDC-GLR |
| Acumen Assessments, et al | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Jim Wieberg
730 New Hampshire, Suite 222
Lawrence, KS 66044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Samuel C. Pennella, M.D.
615 Grove Street
Clifton, NJ 07013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/30/2017             s/ Charles Van Ness
                             *Signature of Clerk or Deputy Clerk*

Civil Action No. 2:17-cv-02327-DDC-GLR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc:

| | | |
|---|---|---|
| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
| 9414 7266 9904 2017 5766 96 | A. Received by (Please Print Clearly) Hoasor Medinn | B. Date of Delivery 7-5-17 |
| | C. Signature X | ☒ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type CERTIFIED MAIL® | | |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | | |
| 1. Article Addressed to: JIM WIEBERG 730 NEW HAMPSHIRE, SUITE 222 LAWRENCE, KS 66044 | Reference Information 2:17-CV-02327-DDC-GLR 3/4 D/KS Patricia Brown | |

PS Form 3811, January 2005     Domestic Return Receipt     C

---

9414 7266 9904 2017 5766 96

**TO:** JIM WIEBERG
730 NEW HAMPSHIRE, SUITE 222
LAWRENCE, KS 66044

**SENDER:** D/KS Patricia Brown

**REFERENCE:** 2:17-CV-02327-DDC-GLR 3/4

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.48 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.78 |

| USPS® Receipt for Certified Mail® No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE 6-30-17 |
|---|---|