# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL C. PENNELLA, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-02327-DDC-GLR |
| ACUMEN ASSESSMENTS, LLC, *et al.* | ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants Acumen Assessments, LLC and Scott Stacy, PsyD ("Defendants"), by and through counsel and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move the Court for its Order dismissing the above-referenced case. Defendants concurrently file a Memorandum in Support of Motion to Dismiss, which they fully incorporate herein by reference.

Respectfully submitted:

/s/ Steven G. Brown
Todd A. Scharnhorst          KS #16863
Steven G. Brown              KS #15514
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106-2143
T:    (816) 268-9400
F:    (816) 268-9409
E:    tscharnhorst@sakg.com
E:    sbrown@sakg.com

*Attorneys for Defendants Acumen Assessments, LLC and Scott Stacy, PsyD*

182045

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by United States mail, postage prepaid, on the 26th day of July, 2017, upon:

Samuel C. Pennella, M.D.
615 Grove Street
Clifton, NJ 07013
*Pro Se Plaintiff*

                                        /s/ Steven G. Brown
                                        *Attorney for Defendants Acumen Assessments,*
                                        *LLC and Scott Stacy, PsyD*

2
182045